**Order entered July 18, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-00902-CV

### IN RE BRENDEN F. DETERMANN, Relator

### On Appeal from the 254th Judicial District Court
### Dallas County, Texas
### Trial Court Cause No. 02-05622-R

## ORDER

Based on the Court's opinion of today's date, we **DENY** relator's petition for writ of mandamus. We **ORDER** that relator bear the costs of this original proceeding.

/s/ MICHAEL J. O'NEILL
   JUSTICE